UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES JULSONNET and DIANE JULSONNET,**
    **Plaintiffs,**

  V.

                 CIVIL ACTION
                 No. 22-10767-DPW

**TOPHILLS, INC., ENRIQUE A. ESCOBAR,
FEBEX MOVING & STORAGE and
NARYSHKIN MIKHAIL,**
    **Defendants.**

## CONDITIONAL ORDER OF DISMISSAL

  The complaint in the above-entitled action was filed on **May 18, 2022**. Despite the plaintiffs attempting various means to serve defendants Febex Moving & Storage and Naryshkin Mikhail, as of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court. In addition, as stated in the plaintiffs'(First) Joint Statement [ECF #19] the plaintiffs "determined it was not cost effective to pursue Febex/Naryshkin".

  Accordingly, it is hereby ORDERED that, pursuant to Fed. R. Civ. P. 4(m), and Local Rule 4.1(b), the above-entitled action will be dismissed without prejudice as to defendants Febex Moving & Storage and Naryshkin Mikhail ONLY in fourteen (14) days from the date of this Order unless a proof of service is filed or good cause shown why these defendants should not be dismissed.

                 By the Court,

DATED:  April 11, 2023        /s/ Barbara I Beatty
                    Deputy Clerk