UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Mr. James Julsonnet et al

    Plaintiffs

    v.                              CIVIL ACTION NO. 1:22-cv-10767-RGS

Tophills Inc. et al

    Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

    The Court having been advised on March 25, 2024, that the above-entitled action has settled;

    It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

By the Court,

Dated: March 25, 2024                                    /s/ Timothy R. Maynard
                                                                Deputy Clerk